# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

FRED BROWN                                                                          PLAINTIFF

versus                                                         Civil Action No. 4:18-cv-037-DMB-JMV

MERITOR, INC.; ROCKWELL
AUTOMATION, INC.; THE BOEING
COMPANY; and TEXTRON, INC.                                                         DEFENDANTS

## ORDER

On November 8, 2019, the plaintiff in this action filed a motion for substitution due to the death of Plaintiff Fred Brown, pursuant to FED.R.CIV.P. 25(a), along with Letters Testamentary issued to Freddie Jones and Valerie Bradford, Co-Executors, and an Order of the Chancery Court of Grenada County, Mississippi approving the settlement of this action on behalf of the Estate of Fred Brown, Deceased. Docs. #97, #97-1, and #97-2. Freddie Jones and Valerie Bradford each executed a Waiver of Service of the Service of Summons and Acknowledgment of Consent which, among other things, waived service of the motion and exhibits upon them in this action. See Docs. #98 & 99. The defendants in this action, through counsel, have advised the Court that the defendants do not object to the motion.

After having considered the motion, the Court finds that it is well taken and should be granted. Accordingly, plaintiff's motion for substitution due to the death of Plaintiff Fred Brown (Doc. #97) is hereby GRANTED, and Freddie Jones and Valerie Bradford, as Co-Executors of the Estate of Fred Brown, Deceased, are hereby substituted as plaintiffs in the place of Fred Brown, Deceased, in this action. The Clerk of this Court is directed to make the appropriate changes to the record.

SO ORDERED this, the 25th day of November, 2019.


                                                /s/ Jane M. Virden
                                                UNITED STATES MAGISTRATE JUDGE